# Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Brian P. Egan**
(302) 351-9454
began@morrisnichols.com

October 18, 2021

The Honorable Colm F. Connolly                                   *VIA ELECTRONIC MAIL*
J. Caleb Boggs Federal Building
844 N. King Street, Unit 31, Room 4124
Wilmington, DE  19801-3555

      Re:    *General Scientific Corporation d/b/a SurgiTel v. Den-Mat Holdings, LLC*
            C.A. 21-882 (CFC)

Dear Chief Judge Connolly:

      I write on behalf of Defendant Den-Mat Holdings, LLC in the above-captioned matter.  On October 7, 2021, Your Honor granted Defendant's Motion to Transfer this case to the Central District of California.  (D.I. 19, 20).  Defendant respectfully seeks clarification that the Clerk of Court will be directed to transfer the case to the Central District of California's <u>Western Division</u> as requested in Defendant's Motion to Transfer (D.I. 9).

                                         Respectfully,

                                         */s/ Brian P. Egan*

                                         Brian P. Egan (#6227)

BPE/bac